## WESTERN & ATLANTIC RAILROAD COMPANY *v.* McCAULEY.

:SIMMONS, C. J. The evidence in this case was sufficient to authorize the verdict, and no error of law having been committed, the court did not err in refusing to grant a new trial.

> *Judgment affirmed. All concurring, except Cobb, J., absent.*

Argued February 16,—Decided April 11, 1898.

Action for damages. Before Judge Fite. Whitfield superior court. April term, 1897.

*Payne & Tye* and *R. J. & J. McCamy,* for plaintiff in error.
*Jones, Martin & Jones,* contra.